668

In re Guardianship of Sather, Incompetent: Riley, Respondent, vs. Estate of Sather, Slagsvold, General Guardian, Appellant.

For the appellant: *Alden Losby* and *Ramsdell, King & Linderman,* all of Eau Claire.

For the respondent: *W. H. Stafford* and *Harold E. Stafford,* both of Chippewa Falls.

*By the Court.*—Judgment affirmed.

Bock, Respondent, vs. Lutes and another, Appellants.

For the appellants: *Richmond, Jackman, Wilkie & Toebaas* of Madison.

For the respondent: *Hill, Beckwith & Harrington* of Madison.

*By the Court.*—Judgment affirmed.

In re Guardianship of Krause, Alleged Incompetent: Krause, Alleged Incompetent, Appellant, vs. First Trust Company in Oshkosh, Guardian, and others, Respondents.

For the appellant: *Barber, Keefe, Patri & Horwitz* of Oshkosh.

For the respondents: *Sigman & Sigman* of Appleton, and *Bouck, Hilton, Kluwin & Dempsey* of Oshkosh.

*By the Court.*—Order affirmed.